

Christopher H. Lowe

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

October 18, 2021

<u>VIA ECF</u>
The Honorable Marcia M. Henry, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

   Re: <u>Olsen v. Dandy Del Mar LLC., 1:21-cv-04572-EK-MMH</u>

Dear Magistrate Judge Henry

   This firm represents Plaintiff Thomas J. Olsen.  We submit this letter on behalf of all parties to advise the Court that an agreement in principle has reached amicably resolving this matter. The parties, accordingly, respectfully request an order providing that (i) the parties have thirty (30) days to finalize the definitive agreement and file a Consent Decree; and (ii) all existing deadlines and court conferences are adjourned *sine die.*

   We appreciate the Court's consideration of these requests.

        Respectfully submitted,
        LIPSKY LOWE LLP


        <u>s/ Christopher H. Lowe</u>
        Christopher H. Lowe

CC: Defendant's Counsel (via email)