

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.764.7171
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

October 26, 2021

VIA ECF
The Honorable Marcia M. Henry, U.S.C.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Olsen v. Dandy Del Mar LLC, 1:21-cv-04572-EK-MMH

Dear Chief Magistrate Judge Henry:

    We represent Plaintiff Thomas J Olsen and write now on behalf of all parties to advise the Court that we have reached an agreement in principle to amicable resolve the above-referenced action. The parties agreement includes the entry of a Consent Decree. Accordingly, the parties respectfully refer to the Consent Decree attached hereto for the Court's review and approval.

    We thank the Court for its time and attention to this matter.

    Respectfully submitted,
    LIPSKY LOWE LLP


    s/ Christopher H. Lowe
    Christopher H. Lowe


CC:    Counsel for Defendant (via ECF)